NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**SPACE DATA CORPORATION,**
*Plaintiff-Appellant*

**v.**

**ALPHABET INC., GOOGLE LLC, LOON LLC,**
*Defendants-Appellees*

**ERIC FRISCHE, CO-FOUNDER OF SPACE DATA, SERVED AS CHIEF TECHNICAL OFFICER AND DIRECTOR,**
*Defendant*

———————————

2020-1036

———————————

Appeal from the United States District Court for the Northern District of California in No. 5:16-cv-03260-BLF, Judge Beth Labson Freeman.

———————————

## JUDGMENT

———————————

ERIC LIEBELER, Stinson LLP, Washington, DC, argued for plaintiff-appellant. Also represented by KEVIN DONALD CONNEELY, Minneapolis, MN.

MATTHIAS A. KAMBER, Keker, Van Nest & Peters LLP,

San Francisco, CA, argued for defendants-appellees. Also represented by EUGENE MORRIS PAIGE, LEAH M. PRANSKY, ROBERT A. VAN NEST, RYAN KUON MING WONG.

—————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, DYK, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

October 19, 2020          /s/ Peter R. Marksteiner
      Date                      Peter R. Marksteiner
                                     Clerk of Court